**Order entered January 16, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01410-CV

### IN RE NUSRAT PERVEEN, Relator

**Original Proceeding from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-06933**

## ORDER

Before Justices Bridges, Fillmore, and Schenck

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of

mandamus.  We **ORDER** relator to bear the costs, if any, of this original proceeding.


/s/     ROBERT M. FILLMORE
JUSTICE